```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,
                                                  17 Cr. 662 (DAB)
                                                       ORDER
        -against-

KENLEE GALVEZ,

                        Defendant.
------------------------------------------X
```

**DEBORAH A. BATTS**, United States District Judge.

The Court is in receipt of defense counsel's Letter of November 12, 2019. (ECF No. 134.) Sentencing submissions must be sent to the other side and the Court by January 13, 2019 at 4 p.m. Responses must be submitted to the initiating party and the Court by February 17, 2020 at 4 p.m.

The sentencing is adjourned <u>sine die</u>.

SO ORDERED.

DATED:   New York, NY
         November 19, 2019

                                        _____
                                              Deborah A. Batts
                                        United States District Judge