# SCHLAM STONE & DOLAN LLP
26 Broadway, New York, NY 10004

July 1, 2020

*By ECF*
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re: United States v. Kenlee Galvez*
          *Criminal Docket No. 17-662 (PAE)*

Dear Judge Engelmayer:

    Sentencing in the above-referenced case, initially assigned to Judge Batts, is scheduled for July 13, 2020. With the government's consent, I write to request that sentencing be rescheduled for after Labor Day as detailed below.

    Upon consultation with Mr. Galvez, he and I strongly want to appear personally for sentencing so that you Honor can meet and hear from Mr. Galvez and his family in person. We realize that an in-person sentencing may not be available even after Labor Day, but we want to proceed with optimism and reassess if limitations persist.

    The government and I have compared schedules for September after Labor Day, and one or both of us are NOT available on September 16, 17, 18 and 24; the morning of September 8; and the early afternoon of September 29, 2020. If one of the remaining days in September is not good for the Court, please let us know, and we will go back to the drawing board.

                                 Respectfully submitted,

                                 /s/
                                 Andrew J. Frisch

cc: AUSA Michael Neff
     AUSA Jessica Greenwood

**GRANTED.** Sentencing is adjourned to September 15, 2020 at 10:30 a.m. The Court, having previously received defendant's sentencing submission, requests that the Government file any sentencing submission no later than July 13, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 150.

7/1/2020

          SO ORDERED.

                              *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge