UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -v-                                                 :            17-CR-662-02 (PAE)
                                                                  :
Kenlee Galvez,                                                    :            SCHEDULING ORDER
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court schedules sentencing in this case for **November 19, 2020** at **10:30 a.m.** The

parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-

19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all

involved, the Court requests that members of the public who wish to attend this conference use

the following dial in information to access the conference, the parties should call 888-363-4749

and use access code 468-4906.


        SO ORDERED.

Dated: November 10, 2020                                          _____
       New York, New York                                             PAUL A. ENGELMAYER
                                                                      United States District Judge