UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENLEE GALVEZ,

                          Movant,

          -v-

UNITED STATES,

                        Respondent.

17-CR-662-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On August 7, 2024, Kenlee Galvez, *pro se*, filed "a motion for a sentence reduction under Amendment 821" and a "request for appointment of counsel." Dkt. 1 at 1. The docket entry for this filing has it labeled as a "motion to vacate, set aside or correct sentence" under 28 U.S.C. § 2255. However, the Court construes Galvez's motion an application for a sentence reduction under Amendment 821, as reflected by the title and content of the motion. By this order, the Court directs the Probation Department to prepare a supplemental presentence report evaluating whether the defendant is eligible for relief under Amendment 821.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 29, 2024
       New York, New York